*In the matter of Westel Willoughby, a lunatic.* H. H. COZZENS, for Mrs. Willoughby; D. BURWELL, for J. Willoughby. Petition to amend order of reference so as to include an

allowance for the support of lunatic's step-daughter denied; with costs to J. Willoughby to be taxed; to be paid by committee out of the estate.